**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BGM ELECTRONIC SERVICES, LLC.,

                Plaintiff,                CIVIL NO. 22-CV-11117

v.

VENTEC LIFE SYSTEMS, INC.,

                Defendant(s).
_____/

**ORDER GRANTING JOINT MOTION TO REMOVE
DEFAULT AND TO DISMISS CASE**

The Court having received and reviewed the [#9] Joint Motion to Remove Clerk's Default and to Voluntarily Dismiss Case on June 29, 2022.

**IT IS HEREBY ORDERED** the Clerk's Entry of Default entered on June 23, 2022 is set aside and the case is voluntarily dismissed.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: June 30, 2022